# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Enplas Corporation                    v.     Seoul Semiconductor Co., Ltd.

No.   16-1282

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se          ☒ As counsel for:   Seoul Semiconductor Co., Ltd.  and   North America Seoul Semiconductor Inc.

Name of party

I am, or the party I represent is (select one):

☐ Petitioner          ☐ Respondent          ☐ Amicus curiae          ☐ Cross Appellant

☐ Appellant          ☒ Appellee          ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant          ☐ Respondent or appellee

Name:                     Michael B. Eisenberg
Law Firm:                 Holland & Knight LLP
Address:                  31 West 52nd St.
City, State and Zip:      New York, NY 10019
Telephone:                212.513.3200
Fax #:                    212.385.9010
E-mail address:           michael.eisenberg@hklaw.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/4/03

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date   January 12, 2016          Signature of pro se or counsel   /s/ Michael B. Eisenberg

cc: _____

Reset Fields

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  January 13, 2016
by:

        ☐ U.S. Mail

        ☐ Fax

        ☐ Hand

        ☒ Electronic Means (by E-mail or CM/ECF)

Michael B. Eisenberg                /s/ Michael B. Eisenberg

       Name of Counsel                     Signature of Counsel

| | |
|---|---|
| Law Firm | Holland & Knight LLP |
| Address | 31 West 52nd Street |
| City, State, Zip | New York, NY 10019 |
| Telephone Number | 212.513.3200 |
| Fax Number | 212-385.9010 |
| E-Mail Address | Michael.Eisenberg@hklaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields