NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ENPLAS CORPORATION,**
*Appellant*

**v.**

**SEOUL SEMICONDUCTOR CO., LTD., NORTH AMERICA SEOUL SEMICONDUCTOR, INC.,**
*Appellees*

_____

2016-1282

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00605.

_____

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

_____

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

**O R D E R**

2    ENPLAS CORPORATION v. SEOUL SEMICONDUCTOR CO., LTD.

Appellant Enplas Corporation filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue on October 19, 2016.

FOR THE COURT

 October 12, 2016 
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court